# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KEVIN LEROY CROWDER,

    Defendant.

Case No. CR18-195 JCC

DETENTION ORDER

Offenses charged:

    Count 1:    Failure to Register or Update Sex Offender Registration, 18 U.S.C. § 2250(A).

Date of Detention Hearing: March 5, 2020

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. There is therefore a rebuttable presumption of detention pursuant to 18 U.S.C. § 3142(e).

2. Defendant stipulated to detention.

DETENTION ORDER - 1

3. The Court finds that Defendant poses a risk of nonappearance due to absconding from federal supervision since December 2017. Defendant also poses a risk of danger due to the nature of the current charge and his criminal history. There does not appear to be any condition or combination of conditions that will reasonably assure the Defendant's appearance at future court hearings while addressing the danger to other persons or the community.

4. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the Defendant as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to

\\
\\

counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 5th day of March, 2020.

*[signature]*
MICHELLE L. PETERSON
United States Magistrate Judge